# Exhibit A

U.S. Department of Homeland Security           Notice of Rights and Request for Disposition

Subject ID: ███
FINS #: ███
Event No: ███
File No: ███

Name: Mario REYES (AKA: REYES, MARIO)

## NOTICE OF RIGHTS

You have been arrested because immigration officers believe that you are illegally in the United States. You have the right to a hearing before the Immigration Court to determine whether you may remain in the United States. If you request a hearing, you may be detained in custody or you may be eligible to be released on bond, until your hearing date. In the alternative, you may request to return to your country as soon as possible, without a hearing.

You have the right to contact an attorney or other legal representative to represent you at your hearings, or to answer any questions regarding your legal rights in the United States. Upon your request, the officer who gave you this notice will provide you with a list of legal organizations that may represent you for free or for a small fee. You have the right to communicate with the consular or diplomatic officer from your country. You may use a telephone to call a lawyer, other legal representative, or consular officer at any time prior to your departure from the United States.

## REQUEST FOR DISPOSITION

[X] I request a hearing before the Immigration Court to determine whether or not I may remain in the United States.

[ ] I believe I face harm if I return to my country. My case will be referred to the Immigration Court for a hearing.

[X] I admit that I am in the United States illegally, and I believe that I do not face harm if I return to my country. I give up my right to a hearing before the Immigration Court. I wish to return to my country as soon as arrangements can be made to effect my departure. I understand that I may be held in detention until my departure.

Signature of Subject: Mario ███
Date: 6-23-11

## CERTIFICATION OF SERVICE

[X] Notice read by subject.

[X] Notice read to subject by JOSE ALICEA, in the SPANISH language.

Name of Officer (Print): T. DARTT, DO
Name of Interpreter (Print): Jose ALICEA, S/O/A
Signature of Officer: ███
Date and Time of Service: 6-23-11  7:00 PM

Form I-826 (Rev. 08/01/07)

App.106